[No. 31472-6-I.    Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALOYSIUS BARQUET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07764-5, James A. Noe, J., entered September 10, 1992. *Affirmed in part, vacated in part,* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Coleman and Grosse, JJ.

[No. 32005-0-I.    Division One.    February 21, 1995.]

CURTIS DENNISON, ET AL, *Appellants*, v. THE CITY OF SEATTLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-05663-3, Robert H. Alsdorf, J., entered December 4, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, C.J., and Scholfield, J. Pro Tem.

[No. 32996-1-I.    Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. J.B.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-07463-1, George T. Mattson, J., entered May 27 and June 8, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Pekelis, C.J., and Becker, J.

[No. 32135-8-I.    Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK ALDEN SANBORN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01021-1, Larry E. McKeeman, J., entered January 4, 1993. *Affirmed* by unpublished per curiam opinion.